

# Fourth Court of Appeals
## San Antonio, Texas

April 4, 2014

No. 04-14-00076-CR

**THE STATE OF TEXAS**,
Appellant

v.

Ernesto Eliazar **VELA**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. CR121162
Honorable Spencer W. Brown, Judge Presiding

## O R D E R

On March 11, 2014, we abated this appeal and ordered the trial court to make findings of fact and conclusions of law supporting its order granting the defendant's motion to suppress evidence. *See State v. Cullen*, 195 S.W.3d 696, 699 (Tex. Crim. App. 2006) (requiring, upon request by the losing party, a trial court to make findings of fact and conclusions of law regarding its ruling on a motion to suppress evidence).

On April 3, 2014, the trial court clerk filed the trial court's findings of fact and conclusions of law as ordered. This appeal is REINSTATED on this court's docket. The State's brief is due on May 5, 2014. *See* Tex. R. App. P. 38.6(a).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court